Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

# UNITED STATES DISTRICT COURT

for the

Western District of North Carolina ▾

Ciuil Division

FILED
CHARLOTTE, NC

JUN 2 9 2026

US DISTRICT COURT
WESTERN DISTRICT OF NC

Lisa Antoine
Linly Antoine

)
)
)
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*
**-v-**

Cherry Crisp
Andrea Antoine
Franklin Dean Auten

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

Case No. 3:26-cv-514

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

# COMPLAINT FOR A CIVIL CASE ALLEGING BREACH OF CONTRACT
### (28 U.S.C. § 1332; Diversity of Citizenship)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Lisa Antoine & Linly Antoine |
| Street Address | P.O. Box 667591 |
| City and County | Charlotte |
| State and Zip Code | NC 28266 |
| Telephone Number | 7042872558 / 7047260669 |
| E-mail Address | linant0801@yahoo.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Cherry Crisp |
| Job or Title *(if known)* | Owner of Lillies Place |
| Street Address | 1804 Harris Street |
| City and County | Burlington |
| State and Zip Code | NC 27215 |
| Telephone Number | 336 222 9424 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Andrea Antoine |
| Job or Title *(if known)* | Retired |
| Street Address | 1804 Harris Street |
| City and County | Burlington |
| State and Zip Code | NC 27215 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Franklin Dean Auten |
| Job or Title *(if known)* | unknown |
| Street Address | 4206 York Hwy |
| City and County | Gastonia |
| State and Zip Code | NC 28052 |
| Telephone Number | 704 853 9119 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000.  In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.  Explain how these jurisdictional requirements have been met.

### A.     The Plaintiff(s)

1.     If the plaintiff is an individual

The plaintiff, *(name)*    Lisa & Linly Antoine   , is a citizen of the State of *(name)*    North Carolina   .

2.     If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

and has its principal place of business in the State of *(name)*

_____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B.     The Defendant(s)

1.     If the defendant is an individual

The defendant, *(name)*    Cherry Crisp, Andrea Antoine, Franklin D. Auten   , is a citizen of the State of *(name)*    North Carolina   . Or is a citizen of *(foreign nation)* _____.

2.     If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C.     The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:



CLAIM AMOUNT:
(CHERRY CRISP -$25,000)(ANDREA ANTOINE $24,000)(FRANKLIN DEAN - $24,000)

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The plaintiff, *(name)* Lisa & Linly Antoine , and the defendant,

*(name)* Andrea Antoine / Franklin Dean Auten , made an agreement or contract on

*(date)* 11/01/2024 . The agreement or contract was *(oral or written)* Written ▼ . Under that

agreement or contract, the parties were required to *(specify what the agreement or contract required each party to do)*

SEE ATTACHED

The defendant failed to comply because *(specify what the defendant did or failed to do that failed to comply with what the agreement or contract required)*

SEE ATTACHED

The plaintiff has complied with the plaintiff's obligations under the contract.

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Cherry Crisp - witness, trespassing, and false information- bail money was paid from this incident
Andrea Antoine - storage unit continued to be paid $150.00 Pr/Mth for 2 Years
Franklin Dean Auten - forceable eviction items was not removed from premisess and in his possession

Cherry Crisp intervention in the Lease Contract has caused homelessness to Plaintiffs and it was done without family consent and Cherry Crisp is the Payee of Andrea Antoine and the Plaintiffs are asking the court to stop this pattern of practice of taking clients without family consent. Family had a Power of Attorney signed by Andrea Antoine

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 6/29/2026

Signature of Plaintiff

Printed Name of Plaintiff    Lisa Antoine / Linly Antoine

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

# STATEMENT.

THE CAUSATION FOR THIS SUIT IS AS STATED BELOW:

THE PLAINTIFFS LISA ANTOINE AND LINLY ANTOINE, AND DEFENDANT ANDREA ANTOINE ENTERED INTO A LEASE AGREEMENT WITH DEFENDANT FRANKLIN DEAN AUTEN ON NOVEMBER 1ST 2024 FOR RENTAL OF A PROPERTY 4206 YORK HWY, GASTONIA, NC 28052.

THE DEFENDANT ANDREA ANTOINE WAS GIVEN A MALTIPOO DOG BY PLAINTIFF LISA ANTOINE FOR COMFORT, SINCE THE SIGNIFICANT ONE TO ANDREA ANTOINE HAD PASSED. DEFENDANT ANDREA ANTOINE TOOK THE MALTIPOO DOG (THOR) OUTSIDE TO USE THE RESTROOM AFTER MIDNIGHT, AND THE DOG STRAYED FROM THE PROPERTY AND WAS KILLED ON YORK HWY. DEFENDANT ANDREA ANTOINE DECIDED TO HAVE HERSELF VOLUNTERILY COMMITTED TO CLARAMONT HOSPITAL IN GASTONIA FOR ONE WEEK, BUT AFTER NOT RETURNING HOME, PLAINTIFFS LISA ANTOINE AND LINLY ANTOINE KEPT CALLING THE HOSPITAL WITHOUT ANY RESULTS. FINALLY, WE WERE INFORMED A TRANSFER TO HEYWOOD MEDICAL CENTER FROM CLARAMONT HOSPITAL WAS DONE AND A CONFIDENTIALITY STATEMENT WAS SIGNED BY ANDREA ANTOINE WHICH KEPT PLAINTIFFS LISA & LINLY ANTOINE IN THE DARK.

DURING THIS TIME LISA & LINLY ANTOINE CONTINUED TO PAY ALL BILLS INCURRED BY DEFENDANT ANDREA ANTOINE. A FEW TIMES THE BANKING INFORMATION WAS TAMPERED WITH CONCERNING DEFENDANT ANDREA ANTOINE. BOTH LISA & LINLY ANTOINE MADE 3 VISITS TO THE BANKING INSTITUTION OF ANDREA ANTOINE TO FIND OUT WHAT WAS GOING ON. THE BANK DID NOT TELL LISA & LINLY ANTOINE WHO WAS TRYING TO ACCESS THE INFORMATION AND OR FUNDS FROM THE GASTON COUNTY BRANCH OF BANK OF AMERICA, BANK ACCOUNT.

DEFENDANT ANDREA ANTOINE CAME TO 4206 YORK HWY. GASTONIA WITH POLICE ESCORT AND A DRIVER OF A RED CAR, BEFORE THE BANK ACCOUNT TAMPERING IN GASTON COUNTY. PLAINTIFF LISA

ANTOINE QUESTIONED THE DRIVER AND DURING THIS PLAINTIFF LISA ANTOINE TAPPED LINLY ANTOINE DURING QUESTIONING THE DRIVER AND WAS CHARGED WITH DOMESTIC VIOLENCE. THE DRIVER DEFENDANT CHERRY CRISP TOLD PLAINTIFFS LISA & LINLY SHE WAS AN UBER DRIVER WHICH WAS FALSE INFORMATION, IN FRONT OF THE POLICE ESCORTS WHO ARRESTED PLAINTIFF LISA ANTOINE FOR DOMESTIC VIOLENCE. DEFENDANT CHERRY CRISP WAS LISTED AS A WITNESS TO THE TAP THAT PLAINTIFF LISA ANTOINE GAVE PLAINTIFF LINLY ANTOINE, CHERRY CRISP WAS NOT CHARGED FOR GIVING FALSE INFORMATION TO THE PLAINTIFFS. THE CHARGES WAS DROPPED.

THE PLAINTIFFS CALLED SOCIAL SERVICES TO DO A WELFARE CHECK TO INFORM DEFENDANT ANDREA ANTOINE SOMEONE WAS TRYING TO ACCESS HER BANK ACCOUNT, AND A TRANSFER OF FUNDS THROUGH ZELLE WAS MADE TO SECURE THE FUNDS TO CONTINUE PAYING DEFENDANT ANDREA ANTOINE BILLS, BOTH PLAINTIFFS WAS CHARGED WITH 2 FELONS EACH FOR MAKING THIS TRANSFER. PLAINTIFF LINLY ANTOINE CHARGES WAS DISMISSED, WHILE CURRENTLY PLAINTIFF LISA ANTOINE CHARGES ARE PENDING WITHOUT SUBSTANTIAL EVIDENCE FOR AN INDICTMENT OVER A YEAR. THE ZELLE TRANSFER WAS DONE FROM THE GASTON COUNTY BANK ACCOUNT DURING THE MONTH OF FEBURARY 2025. A MONTH LATER MARCH 2025, THE ACCOUNT WAS CLOSED AND A NEW ACCOUNT WAS OPENED IN ALAMANCE COUNTY. THE PENDING 2 FELON CHARGES ARE IN ALAMANCE COUNTY AGAINST PLAINTIFF LISA ANTOINE, WHICH ARE OUT OF JURISDICTION.

AFTER DEFENDANT ANDREA ANTOINE LEFT 4206 YORK HWY, GASTONIA NC, THE DEFENDANT FRANKLIN DEAN AUTEN (LANDLORD) TOOK THE PLAINTIFFS LISA & LINLY ANTOINE TO EVICTION LOWER COURT ON 2 OCCASIONS AND LOST. DEFENDANT FRANKLIN DEAN AUTEN PROCEEDED TO DISTRICT COURT ON THE SAME EVICTION AND WON.

THE DEFENDANT ANDREA ANTOINE WAS NOT INCLUDED IN THE DEFENDANT FRANKLIN DEAN AUTEN DURING THE ENTIRE EVICTION PROCESS AND WAS

NOT SERVED A COPY OF AN APPEARANCE, NEITHER WAS A PARTY.

THE PLAINTIFFS FILED AN APPEAL IN APPELLANT COURT AND IT WAS SENT BACK TO DISTRICT COURT, WHERE AS THE PLAINTIFFS LISA & LINLY ANTOINE LEFT. BESIDES THIS, DURING THE EVICTION PROCESS WHEN THE PLAINTIFFS LISA & LINLY ANTOINE FILED THE APPEAL, DEFENDANT FRANKLIN DEAN AUTEN HAD THE SHERRIFFS COME TO THE RESIDENT 4206 YORK HWY, GASTONIA, NC 28052 AND ATTEMPTED TO EVICT THE PLAINTIFFS. THE SHERRIFFS BROKE THE GLASS SPRAYED PEPPER SPRAY INTO THE LOCATION AND DELETED VIDEOS ON PLAINTIFFS LISA ANTOINE PHONE.

THE APPEALS COURT OF CLERK INFORMED THE SHERRIFFS TO LEAVE THE PREMISES, SINCE A RULING WAS NOT MADE ON THE APPEALS. THE PLAINTIFF LISA ANTOINE WAS HOSPITALIZED FROM THE TRAUMA FOR HEART CONDITIONS. FRANKLIN DEAN AUTEN HAS NOT SERVED A 10 DAY NOTICE, NEITHER SERVED ALL PARTIES AND BREACHED THE LEASE AGREEMENT, AND ALSO DEFENDANT ANDREA ANTOINE DID NOT GIVE A 10 DAY NOTICE TO QUIT, WHICH LEFT PLAINTIFFS LISA & LINLY ANTOINE IN A VUNERABLE CRITICAL SITUATION OF HOMELESSNESS. DEFENDANT CHERRY CRISP AIDED IN HELPING DEFENDANT ANDREA ANTOINE VACATE THE PREMISES WITHOUT PROVIDING A 10 DAY NOTICE TO QUIT (BREACH LEASE AGREEMENT) AND PLACED PLAINTIFF LISA ANTOINE IN A SITUATION FROM DECEPTIVE ANSWERS ABOUT WHO SHE WAS (DOMESTIC VIOLENCE CHARGES), IN FRONT OF 2 GASTON COUNTY SHERRIFFS.